IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| ANDERSON BROS. STORAGE AND MOVING CO., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) |

CIVIL ACTION

NO. 11 C 3081

JUDGE JAMES B. ZAGEL

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ANDERSON BROS. STORAGE AND MOVING CO., an Illinois corporation, in the total amount of $179,258.58, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,049.00.

On May 27, 2011, the Summons and Complaint was served on the Registered Agent, Mary Jane Miller (by tendering a copy of said documents to Brian Miller) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 17, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>28th</u> day of <u>June 2011</u>, he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Todd A. Miller
                Ms. Kathleen M. Cahill
                Allocco Miller & Cahill
                3409 N. Paulina Street
                Chicago, IL   60657
                tam@alloccomiller.com
                kmc@alloccomiller.com


                              /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705w\Anderson Bros\motion.pnr.df.wpd